




NEWS | SPORTS | OBITUARIES | COMMUNITY | CLASSIFIEDS | PHOTOS | SUBSCRIBE | ADVERTISE | CONTACTS



### Library director abruptly resigns
By Dwayne Bremer
Feb 1, 2013, 18:27

The director of the Hancock County Library unexpectedly stepped down this week.
Hancock County Library Public Affairs Director/Development Officer Mary Perkins said Friday that Director Patty Furr tendered her resignation on Thursday.
Perkins said she was not at liberty to give any details on Furr's resignation, but said, the search for a new director would begin shortly.
"We really do appreciate every think Patty has done for the library system," Perkins said.
Furr served had as director for the past four years. She had previously served as an automation manager.
Furr and the rest of the library staff facilitated the rebuilding of the Waveland and Pearlington libraries after the storm. She also oversaw the renovation of the Pearlington Library after Hurricane Isaac.
The Hancock County Library system currently consists of four libraries, Bay St. Louis, Waveland, Pearlington, and Kiln.
The new East Hancock Library in Diamondhead is scheduled to open later this year.
The news of Furr's resignation caught many local leaders off guard on Friday.
Hancock County Board of Supervisors President Lisa Cowand said she was "surprised" to hear Furr had stepped down.
Calls and e-mails to Furr were not immediately returned.









Copyright © 2004 - 2013 www.seacoastecho.com



EXHIBIT B

http://www.seacoastecho.com/article_6625.shtml    7/2/2013